1  **McFARLIN & GEURTS LLP**
   Timothy G. McFarlin (State Bar. No. 223378)
2  Jarrod Y. Nakano (State Bar No. 235548)
   Ethan H. Nelson (State Bar No. 262448)
3  4 Park Plaza, Suite 1025
   Irvine, CA 92614
4  Telephone:    (949) 544-2640
5  Facsimile:    (949) 336-7612
   Email:        jarrod@mgcalaw.com
6  Attorneys for Plaintiffs
   ROBERT DAVIS and TERESA A. DAVIS
7

8  **BRYAN CAVE LLP**
   Deborah A. Goldfarb, California Bar No. 241942
9  Andrea M. Hicks, California Bar No. 219836
   Two Embarcadero Center, Suite 1410
10 San Francisco, CA 94111
   Telephone:    (415) 675-3400
11 Facsimile:    (415) 675-3434
12 Email:        hicksa@bryancave.com
   Attorneys for Defendants
13 US BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF THE SARM 2006-9
   TRUST FUND, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, and
14 RECONTRUST COMPANY, N.A.

15                      **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17 ROBERT DAVIS, an individual; and TERESA       Case No. CV10 05039 PJH
   A. DAVIS, an individual;
18                                                **JOINT STIPULATION REQUESTING**
                        Plaintiffs,              **CONTINUANCE OF CASE**
19                                                **MANAGEMENT CONFERENCE**
20         vs.
                                                 Hon. Phyllis J. Hamilton
21 US BANK NATIONAL ASSOCIATION, AS
   TRUSTEE ON BEHALF OF THE SARM 2006-          Date:        February 24, 2011
22 9 TRUST FUND, a National Association;         Time:        2:00 p.m.
   BANK OF AMERICA, NA, a National              Courtroom:   3
23 Association; BAC HOME LOANS SERVICING
   LP, a subsidiary of BANK OF AMERICA, NA,     Complaint Filed:
24 a National Association; RECONTRUST
   COMPANY, a wholly owned subsidiary of        Trial Date:   Not Assigned
25 BANK OF AMERICA, NA, a National
   Association; and DOES 1 through 100,
26 Inclusive,
27                      Defendants.
28

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

<div style="writing-mode: vertical">BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111</div>

1      This Stipulation is entered into between Plaintiffs Robert Davis and Teresa A. Davis

2  ("Plaintiffs") and Defendants US BANK NATIONAL ASSOCIATION, as Trustee on behalf of

3  the SARM 2006-9 Trust Fund, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING,

4  LP, and RECONTRUST COMPANY, N.A. ("Defendants").

5      WHEREAS, a Case Management Conference is currently scheduled for Thursday,

6  February 24, 2011, at 2:00 p.m.

7      WHEREAS, Defendants Motion to Dismiss Plaintiff's Complaint was granted on January

8  19, 2011, and Plaintiffs have until February 28, 2011 to file an amended complaint.

9      WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

10      NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective counsel

11  of record, hereby agree and request this Court to vacate the Case Management Conference

12  currently scheduled for February 24, 2011, and reschedule it for May 5, 2011, after pleadings are

13  set, or at a later date convenient for the Court.

14  Dated: February 3, 2011      **McFARLIN & GEURTS LLP**

15      Timothy G. McFarlin

16      Jarrod Y. Nakano
    Ethan N. Nelson

17      By: _____

18      Attorneys for Plaintiffs

19

20  Dated: February 3, 2011      **BRYAN CAVE LLP**

21      Andrea M. Hicks

22      By:    /s/ Andrea M. Hicks

23      Andrea M. Hicks
    Attorneys for Defendants

24           [PROPOSED] ORDER

25      Pursuant to stipulation, IT IS SO ORDERED.

26

27  Dated: 2/7/11 _____

28      Honorable Phyllis [ ... ]

                      IT IS SO ORDERED
                      Judge Phyllis J. Hamilton

1