McFARLIN & GEURTS LLP
Timothy G. McFarlin (State Bar. No. 223378)
Jarrod Y. Nakano (State Bar No. 235548)
Ethan H. Nelson (State Bar No. 262448)
4 Park Plaza, Suite 1025
Irvine, CA 92614
Telephone:   (949) 544-2640
Facsimile:   (949) 336-7612
Email:       jarrod@mgcalaw.com
Attorneys for Plaintiffs
ROBERT DAVIS and TERESA A. DAVIS

BRYAN CAVE LLP
Christopher L. Dueringer, California Bar No. 173746
Deborah A. Goldfarb, California Bar No. 241942
Andrea M. Hicks, California Bar No. 219836
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:       hicksa@bryancave.com
Attorneys for Defendants
US BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF THE SARM 2006-9
TRUST FUND, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, and
RECONTRUST COMPANY, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVIS, an individual; and TERESA A. DAVIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF THE SARM 2006-9 TRUST FUND, a National Association; BANK OF AMERICA, NA, a National Association; BAC HOME LOANS SERVICING LP, a subsidiary of BANK OF AMERICA, NA, a National Association; RECONTRUST COMPANY, a wholly owned subsidiary of BANK OF AMERICA, NA, a National Association; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. CV10 05039 PJH<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hon. Phyllis J. Hamilton<br><br>Trial Date:   Not Assigned |

## STIPULATION

Defendants US Bank, N.A., Bank of America, N.A., BAC Home Loans Servicing, LP and ReconTrust Company, N.A., ("Defendants") and Plaintiffs Robert and Teresa Davis ("Plaintiffs") by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed their original Complaint against Defendants on October 4, 2010;

2. On November 8, 2010, Defendants timely removed this action to this Court from the Superior Court of California, County of Contra Costa;

3. On November 15, 2010, Defendants filed a Motion to Dismiss Plaintiffs' Complaint which was heard, and granted, with leave to amend, on January 19, 2011;

4. On February 28, 2011, Plaintiffs filed a First Amended Complaint;

5. The parties are currently engaged in settlement negotiations and hope to resolve this matter within a few weeks;

6. The stipulated extension to respond to the First Amended Complaint will not result in prejudice to any party and its potential impact on judicial proceedings is insignificant;

7. Because the Initial Case Management Conference for this matter is not until May 5, 2011, the extension of this deadline will not impact further hearings or deadlines in this matter;

8. Plaintiffs and Defendants, by and through their undersigned counsel, stipulate and agree that the deadline for Defendants' response to Plaintiff's First Amended Complaint shall be extended to and including April 15, 2011.

Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants may wish to assert in their responsive pleadings, all of which are expressly reserved.

IT IS SO STIPULATED.

Dated: March 10, 2011

McFARLIN & GEURTS LLP
Timothy G. McFarlin
Jarrod Y. Nakano
Ethan N. Nelson

By: _____
Jarrod Y. Nakano
Attorneys for Plaintiffs
ROBERT DAVIS and TERESA A. DAVIS

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

1

1
2   Dated: March 11, 2011                    **BRYAN CAVE LLP**
                                             Andrea M. Hicks
3
4                                            By:  /s/ Andrea M. Hicks
                                                   Andrea M. Hicks
5                                            Attorneys for Defendants
                                             US BANK NATIONAL ASSOCIATION, AS
6                                            TRUSTEE ON BEHALF OF THE SARM 2006-9
                                             TRUST FUND, BANK OF AMERICA, N.A., BAC
7                                            HOME LOANS SERVICING, LP, and
                                             RECONTRUST COMPANY, N.A.
8
9
10                          **[~~PROPOSED~~] ORDER**
11       Pursuant to stipulation, IT IS SO ORDERED.
12   Dated: 3/14/11
                                             _____
13                                           Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: United States District Court, Northern District of California)

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111